NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DISH NETWORK L.L.C., DISH TECHNOLOGIES L.L.C., SLING TV L.L.C.,**
*Appellants*

**v.**

**SOUND VIEW INNOVATIONS, LLC,**
*Appellee*

---

2022-1627

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01276.

---

**JUDGMENT**

---

ELIOT DAMON WILLIAMS, Baker Botts LLP, Washington, DC, argued for appellants. Also represented by THOMAS B. CARTER, JR., ALI DHANANI, LORI DING, Houston, TX; GEORGE HOPKINS GUY, III, Palo Alto, CA.

PARHAM HENDIFAR, Lowenstein & Weatherwax LLP, Santa Monica, CA, argued for appellee. Also represented by NATHAN NOBU LOWENSTEIN, KENNETH J. WEATHERWAX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 5, 2023
Date

Jarrett B. Perlow
Clerk of Court